UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HENRY ELLIOTT,

                Petitioner,

    v.

JEFFREY A UTTECHT,

               Respondent.

Case No. C20-6248-BJR-MAT

REPORT AND RECOMMENDATION

       This is a 28 U.S.C. § 2254 habeas action. Petitioner Henry Elliot, proceeding *pro se*, filed an application to proceed *in forma pauperis* ("IFP") on December 24, 2020. Dkt. 1. On December 30, 2020, the Clerk of Court sent petitioner a letter notifying him that he had failed to submit the proper application to proceed IFP and providing the correct IFP form. Dkt. 2. The Clerk of Court instructed petitioner to complete the correct IFP form and return it to the Court. *Id*. The Clerk of Court advised petitioner that if he did not respond to the letter by January 29, 2021, the action may be subject to dismissal. *Id*.

       Petitioner has not responded to the Clerk of Court's letter, has not paid the filing fee, and has not filed a corrected application to proceed IFP. As petitioner has failed to prosecute this case, the Court recommends this case be DISMISSED without prejudice.

REPORT AND RECOMMENDATION - 1

1  Objections to this Report and Recommendation, if any, should be filed with the Clerk and
2  served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report
3  and Recommendation is signed. Failure to file objections within the specified time may affect your
4  right to appeal. Objections should be noted for consideration on the District Judge's motions
5  calendar for the third Friday after they are filed. Responses to objections may be filed within
6  **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be
7  ready for consideration by the District Judge on **March 19, 2021**.

8  Dated this 24th day of February, 2021.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2