UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HENRY ELLIOTT,

                Petitioner,

v.

JEFFREY A UTTECHT,

                Respondent.

Case No. C20-6248-BJR-MAT

ORDER OF DISMISSAL

This matter is before the Court on a Report and Recommendation of the Honorable Mary Alice Theiler, which recommends dismissal of this action without prejudice for failure to prosecute. Petitioner has filed no objections. Having reviewed the Report and Recommendation and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation (Dkt. No. 3);

(2) Petitioner's petition for writ of habeas corpus (Dkt. No. 1-1) is DISMISSED without prejudice for failure to prosecute; and

(3) The Clerk is directed to send copies of this Order to the petitioner and to Judge Theiler.

ORDER OF DISMISSAL - 1

1    Dated this 26th day of March, 2021.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER OF DISMISSAL - 2